

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00306-CV

Cynthia L. **BARKMAN** and Charles N. Barkman,
Appellants

v.

**USAA FEDERAL SAVINGS BANK**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01936
Honorable Jason Wolff, Judge Presiding

## O R D E R

Appellants' brief was due on August 5, 2015. *See* TEX. R. APP. P. 38.6(a). On August 24, 2015, after neither a brief nor a motion for extension of time was timely filed, we ordered Appellants to show cause in writing by September 3, 2015, why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b), (c). On September 4, 2015, Appellants filed a brief.

Appellants' brief does not contain any citations to the record in either the statement of facts or argument sections. *Contra id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record."). Further, although it references certain documents as appendices, the brief contains no appendix. *Contra id.* R. 38.1(k).

While substantial compliance with Rule 38 may be sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellants' brief and ORDER Appellants Charles Barkman and Cynthia L. Barkman to file an amended brief within TEN DAYS of the date of this order. The amended brief must correct the violations listed above and fully comply with the applicable rules. *See, e.g., id.* R. 9.4, 9.5, 38.1.

If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellants] from filing another, and proceed as if [Appellants] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).


_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court